```
                                  FILED
                        CLERK, U.S. DISTRICT COURT

                              SEP 1 0 2012

                        CENTRAL DISTRICT OF CALIFORNIA
                        EASTERN DIVISION    BY DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Thomas Winston Moore<br><br>DEFENDANT(S). | CASE NUMBER<br><br>ED12MJ319<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __9-11-12__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable OSWALD PARADA, in Courtroom __3__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __9-10-12__

U.S. District Judge/Magistrate Judge